UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 1998 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRUCE EDWARD BELL and ) <br> MONTEZ DAY, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CR 99- 123 <br><br> I N D I C T M E N T <br><br> [18 U.S.C. § 371: Conspiracy to Commit Bank Robbery; 18 U.S.C. § 2113(a)(d): Armed Bank Robbery; 18 U.S.C. § 924(c): Use of Firearm During Crime of Violence] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A. OBJECT OF THE CONSPIRACY

Beginning on or before January 22, 1999, and continuing to on or about January 26, 1999, in Los Angeles County, within the Central District of California, defendants BRUCE EDWARD BELL and MONTEZ DAY, and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit a bank robbery of Home Savings of America, 301 South Maclay Street, San Fernando, California, in violation of Title 18, United States Code, Section 2113(a).

AB:ab AB

B.  MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished in substance as follows:

1. Defendants BELL and DAY would obtain a stolen van to use as a preliminary getaway vehicle from the robbery.

2. Defendants BELL and DAY would park a legally owned Ford Expedition at a distance from Home Savings of America for use as a secondary getaway vehicle from the robbery.

3. Defendants BELL and DAY would drive to Home Savings of America in the stolen getaway van.

4. Defendants BELL and DAY would enter Home Savings of America brandishing handguns and would order the employees and customers inside to get down on the floor.

5. Defendants BELL and DAY would order the manager of Home Savings of America to open the bank vault.

6. Defendants BELL and DAY would flee from Home Savings of America in the stolen van.

7. Defendants BELL and DAY would switch from the stolen van to the Ford Expedition out of sight of Home Savings of America.

8. Defendants BELL and DAY would drive the Ford Expedition to a safe place, where they would divide the money stolen from Home Savings of America.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about January 26, 1999, defendants BELL and DAY, and others known and unknown to the

Grand Jury, committed various overt acts within the Central District of California, including but not limited to the following:

1. Defendants BELL and DAY drove a stolen getaway van to Home Savings of America.

2. Defendants BELL and DAY entered Home Savings of America wearing masks and gloves, and brandishing a revolver and a semiautomatic handgun.

3. Defendants BELL and DAY forced the employees of Home Savings of America to open the vault and give defendants $85,600 in cash.

4. One of the defendants told Home Savings of America assistant manager Elizabeth Aguillon that she would be sorry if she put a dye pack in with the stolen money because he and the other defendant were going to take her with them when they left.

5. One of the defendants stopped assistant manager Elizabeth Aguillon from exiting Home Savings of America by grabbing her by her hair and pulling her back.

6. Defendants BELL and DAY fled Home Savings of America in the stolen getaway van.

7. Defendants BELL and DAY switched getaway vehicles from the stolen van to a Ford Expedition.

8. Defendant DAY drove the Ford Expedition at high speeds to evade the police, striking other vehicles while doing so.

9. Defendant BELL threw the revolver out the window of the Ford Expedition during the flight from the police.

10. Defendant DAY stopped the Ford Expedition at a mall so that defendants could hide themselves from the view of a police

helicopter and pursuing police officers by mixing in with the customers inside the mall.

COUNT TWO

[18 U.S.C. § 2113(a)(d)]

On or about January 26, 1999, in Los Angeles County, within the Central District of California, defendants BRUCE EDWARD BELL and MONTEZ DAY, by force, violence, and intimidation, knowingly took from the person or presence of another approximately $85,600 belonging to and in the care, custody, control, management, and possession of Home Savings of America, 301 South Maclay Street, San Fernando, California, a savings and loan association the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In committing said offense, defendants BELL and DAY assaulted and put in jeopardy the life of victim assistant manager Elizabeth Aguillon and others by using a handgun, a dangerous weapon and device.

## COUNT THREE

[18 U.S.C. § 924(c)]

On or about January 26, 1999, in Los Angeles County, within the Central District of California, defendants BRUCE EDWARD BELL and MONTEZ DAY knowingly used and carried a firearm, namely, a loaded .38 caliber revolver, during and in relation to a crime of violence, namely, robbery of Home Savings of America, 301 South Maclay Street, San Fernando, California, in violation of Title 18, United States Code, Section 2113(a), by brandishing the pistol at the employees and customers of Home Savings of America.

A TRUE BILL

_____
Foreperson

ALEJANDRO N. MAYORKAS
United States Attorney

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Criminal Division

GREGORY W. JESSNER
Assistant United States Attorney
Chief, Criminal Complaints

SHARON MCCASLIN
Assistant United States Attorney
Deputy Chief, Criminal Complaints