HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(E-Mail: Brianna_Mircheff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4784
Facsimile: (213) 894-0081

Attorneys for Petitioner
MONTEZ DAY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEZ DAY,<br><br>            Petitioner,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | Case No. CV _____<br>CR 99-00123-AHM<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Deputy Federal Public Defender Brianna Fuller Mircheff, hereby gives notice of her appearance on behalf of Petitioner Montez Day in the above titled action. This appearance is based on General Order 15-08, which appoints the Federal Public Defender on behalf of any individuals who was previously determined to be entitled to the appointment of counsel and who presents a petition relating to *Johnson v. United States*, 135 S. Ct. 2551 (2015).

   Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Brianna Fuller Mircheff receives all e-mails relating to filings in this case.

                              Respectfully submitted,

                              HILARY POTASHNER
                              Federal Public Defender

DATED: May 18, 2016       By  */s/ Brianna Fuller Mircheff*
                              Brianna Fuller Mircheff
                              Deputy Federal Public Defender