UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 17-56165 |
|---|---|
| Plaintiff-Appellee, | D.C. Nos. 2:16-cv-09605-TJH |
| v. | 2:99-cr-00123-AHM-2 |
| MONTEZ DAY, | Central District of California, Los Angeles |
| Defendant-Appellant. | ORDER |

Before: LEAVY and SILVERMAN, Circuit Judges.

The stay issued in this case on January 19, 2018, is lifted.

The request for a certificate of appealability (Docket Entry No. 2) is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *United States v. Watson*, 881 F.3d 782 (9th Cir. 2018), *cert. denied*, No. 18-5022, 2018 WL 3223705 (Oct. 1, 2018).

Any pending motions are denied as moot.

**DENIED.**