Case 2:99-cr-00123-AHM   Document 129   Filed 04/16/21   Page 1 of 2   Page ID #:1351

FILED
CLERK, U.S. DISTRICT COURT

APRIL 16, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____YS_____ DEPUTY

Docket No.: CR99-123-AHM

The Honorable Terry J Hatter Jr.

On July 19, 2019 I was released from the Bureau of Prison after serving 20 years and 6 months of a 24-year sentence. After release I started a five-year term of Supervised Release in the city of Indianapolis, IN. During that time, I have followed all requirements under my supervisor and have not had any issues with adjusting to society.

Long before being released from prison, I knew that post rehabilitation would be my focus and for many years in prison I worked diligently at getting the skills, education, and mental disposition needed to reenter society as a productive member. I earned my Associates Degree in Social Behavior from Indiana State University and a Peer Forensic Specialist Apprenticeship from the Department of Labor all while maintaining exceptional conduct in the prison. I tutored men in the Adult Continued Education Program. At Terre Haute Correction facility, I volunteered as a Peer Specialist Mentor in the Psychology STAGES program and for over 5 years worked with men with Borderline Personality Disorder. Also, during that time, I took part in the Suicide Prevention Program. Plus, paid my court fines and restitution in full. Finally, I requested a transfer of my Supervised Released from Los Angeles, CA to Indianapolis, IN where I have a strong support base through countless family members who have been and are productive members of society. I tried to sign up for the REACH Program here in Indianapolis, IN. I was told that I had been denied because my case originated in Los Angeles, CA. If I had been allowed to enter the REACH program, I would be eligible for early termination of my Supervised Release.

This was the foundation I entered Indianapolis on July 19, 2019, at 48 years of age.
Since then, I have achieved several goals while learning tremendously how to be an asset in my community. I attended multiple seminars on reentry and juvenile justice during my first five months. I started out working for FedEx in August of 2019 at the airport in Indianapolis, IN. This company was very understanding of my background however they entered a contract with the United States Post Office and their policy changed which caused them to release me.

I then started working as an Uber driver. I visited different organization trying to find more stable employment however my criminal background or limited mobility was always a factor. I was invited to speak and sit on a panel during a reentry seminar. During those meetings I was introduced to and met many productive and community-based programs and people. From those connections I was invited to speak at Recycle Force as a guest and introduced to Youth Advocate Programs Inc. (YAP). When I was formally introduced at Recycle Force, I was invited to enter their program. In December 2019 I entered Recycle Force as a DE manufacturing Specialist. While in this position I earned my OSHA Safety Training 8 hr. Certificate, OSHA HAZWOPER 40 hr. Certificate, RCRA Global SDS & Hazardous 4hr. Training, plus Forklift Operational Training and Certificate. I quickly moved up into an internship as a Case Manager.

Youth Advocate Programs hired me in December 2019 as well. Due to my criminal background, I was considered ineligible by DCS. YAP was so impressed with my post rehabilitation effort that they submitted a request to receive a waiver from DCS for the first time in their company's history. I was granted that waiver and have been working with youth who are on probation and CHINS cases who need positive role models and mentors. I have been working for YAP as a Youth Advocate since February of 2020.

I am also presently working for Trusted Mentors as a Mentor Match Manager. They have also shown great flexibility, allowing me to continue to keep my position with YAP. I work with homeless prevention, young adults aging out of Foster Care, and the special people who volunteer as mentors.

Today I happily work two jobs. I have established financial credit and I am saving my money with the goal of buying a home in Indianapolis soon. I voted for the first time in my life which caused me to feel proud of my growth. I have become a positive influence in my community, and in fact, I have accomplished something even more valuable; re-establishing a relationship with my estranged daughter who lives in Los Angeles, CA. She was only 4 years old when I was incarcerated, and I did not have contact with her for the first 14 years of my incarceration. But today we have a strong relationship and we both look forward to spending more time together. This I hope to be able to do once off supervision.

So today I ask that this court takes everything in consideration. My past. All that I was able to do during my post rehabilitation. And my present circumstances, I am a Youth Advocate, Mentor Match Manager, a father, and productive citizen. If you will support me in my efforts to gain early relief from Supervised Release I am poised to accomplish even more.

Thank you for your, attention, consideration, and time.

Hopefully,

Montez Day
1936 Fox Hill Drive
Indianapolis, IN 46228
(317) 626-6521

montezday310@gmail.com