# Youth Advocate Programs, Inc.

**1375West 16th Street, Indianapolis, IN 46202**

February 1, 2021

To whom it may concern,

I am writing on behalf of Mr. Montez Day who is seeking early release from the federal correctional oversight. Mr. Day has been employed with Youth Advocate Programs, Inc. (YAP) in the capacity of an advocate to high-risk teens for almost a full year and YAP absolutely supports his request for early release.

Mr. Day began his career at YAP on February 10, 2020 and has proved to be a valuable, trustworthy, and outstanding employee. Mr. Day is highly regarded and respected within YAP, juvenile probation, amongst community leaders, youth, and their families. He is conscientious, dependable, diligent, and extremely responsible. Mr. Day continuously meets deadlines and strives to perform at his highest level of excellence. He has been an incredible advocate with our youth and sets high standards for all of his youth when it comes to manners, accepting responsibility and striving to achieve their goals.

Mr. Day has a strong desire to give back to the community through his advocacy and mentoring. In addition, he takes great pride in the work that he does and is always looking for positive additional resources for youth to include community and educational support along with career opportunities.  I can honestly say Mr. Day is one of our finest advocates to date and has brought a lot of value to our organization.

Without hesitation, we fully support Mr. Day's request for early release of supervision. He has worked extremely hard to get acclimated into a career where he has so much to offer.

Please feel free to contact me at gwmilsap@yapinc.org or 317.605.9338 if you need any additional information.

Kind regards,

*George W. Milsap*

George W. Milsap
Director of Programs, Youth Advocate Programs, Inc.

GWM: cu