# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MONTEZ DAY, *et al.*,<br><br>  Defendants. | CR 99-00123 AHM-TJH<br><br><br>Order<br>[130] |

    The Court has considered Defendant Montez Day's motion for early termination of supervised release, together with the moving and opposing papers.

    On May 14, 1999, Day pled guilty to one count of: (1) Conspiracy to commit bank robbery, in violation of 18 U.S.C. § 371; (2) Armed bank robbery, in violation of 18 U.S.C. § 2113(a) and (d); and (3) Use of a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c). According to Day, he has completed the custodial portion of his sentence and began his five year supervised release term on July 19, 2019.

    Day, now, moves for early termination of supervised release.

    The Court may, in the interest of justice, after considering the factors set forth in, *inter alia*, 18 U.S.C. § 3553, terminate a term of supervised release after the

defendant serves one year of the supervised release. See 18 U.S.C. § 3583(e)(1). Before modifying the conditions of supervised release, the Court must hold a hearing, unless the relief sought is favorable to the defendant and does not extend the term of supervised release. See Fed. R. Crim. P. 32.1(c)(1) and (c)(2)(b).

Day argued that early termination of his supervised release is warranted because he "has completed all . . . terms of supervision and has no need for programming or treatment . . . completed the payment of his restitution obligation [and has] minimal special conditions and has complied with all of them." The Government does not dispute Day's rehabilitation. According to the Government, Day's probation officer, Thomas Hardy, corroborated the information set forth by Day and "supported [Day's] request for early termination of supervised release."

After considering the § 3553 factors, the Court finds that early termination of Day's supervised release is warranted in the interest of justice.

Accordingly,

**It is Ordered** that the motion for early termination of Day's supervised release be, and hereby is, **Granted.**

**It is further Ordered** that Day's supervised release be, and hereby is, **Terminated.**

Date: June 29, 2021

*Terry J. Hatter, Jr.*
**Terry J. Hatter, Jr.**
**Senior United States District Judge**

CC:USPO